___FILED ___ENTERED
___LODGED ___RECEIVED

JUL 25 2012

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                              DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. MJ 12-380 |
| Plaintiff, ) | |
| v. ) | DETENTION ORDER |
| MARCUS WILLIAMS, ) | |
| Defendant. ) | |

Offense charged:    Felon in Possession of a Firearm

Date of Detention Hearing:    July 25, 2012.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Defendant has had no stable residence address, and has either been homeless or in custody since June of 2010. He proposes to live with his father if released; but his father has a significant record of misdemeanor and felony arrests since

DETENTION ORDER
PAGE -1

1986.

2. Defendant has been unemployed since he had "under the table" work earlier this year.

3. Defendant denies any history of use of alcohol or controlled substances, and his father confirms that. But the Department of Corrections reports various violations relating to the consumption and possession of alcohol and controlled substances.

4. His criminal record includes multiple convictions for assault, indecent liberties, robbery, identity theft, and residential burglary. His violations of state conditions include eluding a police officer, possession of a stolen vehicle, possession of a firearm, and failing to report to supervision, wearing gang paraphernalia clothing, possessing burglary tools, and a firearm and ammunition, and possessing propranolol and marijuana and alcohol.

5. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

DETENTION ORDER
PAGE -2

01   3. On order of the United States or on request of an attorney for the Government, the
02      person in charge of the corrections facility in which defendant is confined shall deliver
03      the defendant to a United States Marshal for the purpose of an appearance in
04      connection with a court proceeding; and
05   4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel
06      for the defendant, to the United States Marshal, and to the United State Pretrial
07      Services Officer.
08   DATED this 25 day of July, 2012.

John L. Weinberg
United States Magistrate Judge

DETENTION ORDER
PAGE -3